**Electronically Filed
Supreme Court
SCPW-25-0000397
07-NOV-2025
07:59 AM
Dkt. 8 ODDP**

SCPW-25-0000397

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

THOMAS F. SCHMIDT,
Petitioner,

vs.

SMALL CLAIMS DIVISION OF THE DISTRICT COURT OF THE FIRST
CIRCUIT, HONOLULU DIVISION; and FIRESTONE TIRE & RUBBER COMPANY,
Respondents.

_____

ORIGINAL PROCEEDING
(CASE NO. 1DSC-25-0000055)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Kawamura, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus, filed May 7, 2025, and the record, small claims court is a court of record. See Hawai'i Revised Statutes (HRS) § 604-17 (2016); see also HRS § 604-1 (2016). And the legislature did not exclude plaintiffs that file "litigation" in small claims court from the vexatious litigant prefiling requirement under HRS § 634J-7 (2016). See S. Stand. Comm. Rep. No. 467, in 1993

Senate Journal, at 978; H. Stand Comm. Rep. No. 1178, in 1993 House Journal, at 1473; see also Trs. of Estate of Bishop v. Au, 146 Hawaiʻi 272, 279, 463 P.3d 929, 936 (2020).

An extraordinary writ is unwarranted.  See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, November 7, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Shirley M. Kawamura